FILED
U.S. District Court
District of Kansas
02/12/2026
Clerk, U.S. District Court
By: NAC Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Mr. Christopher Fountain )
5660 South Oliver )
Wichita, Kansas 67218 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. A-OKAY ENTERPRISES, LLC )  Case Number 6:26-cv-1037-JWB-BGS
BRUCE HARRIS )
Name )
4928 S BROADWAY )
Street and number )
WICHITA, KS 67216 )
City   State   ZipCode )

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff CHRISTOPHER FOUNTAIN
   Address 5660 SOUTH OLIVER
   WICHITA, KANSAS 67218

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **BRUCE HARRIS** is **DBA, A-OKAY PAWN.**
   employed at **A-OKAY ENTERPRISES LLC,**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
   1. Plaintiff is a citizen of the State of _____.
   2. The first-named defendant above is either
      a. a citizen of the State of _____; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either
      a. a citizen of the State of _____; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case)

- [ ] 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331)
  Constitution, Article _____, Section _____
  Statute, US Code, Title _____, Section _____

- [ ] 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343)

- [x] 3. Other grounds (specify and state any statute which gives rise to such grounds):

  28 USC 1337, 18 USC 1961
  18 USC 2314, 18 USC 2315,
  18 USC-1962, ~~18 USC 2315~~,
  18 USC 894, 18 USC 1956

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim(s).)

A-OKAY ENTERPRISES LLC · A-OKAY PAWN, BRUCE HARRIS, THIS BUSINESS DEPRIVED ME OUT OF MY PROPERTY BY DECEPTION, AND OTHER UNFAIR TRADE PRACTICES, THEY DEVALUED MY GOLD JEWERLY TO OBTAIN MORE FOR LESS FROM A BAIL BONDSMAN

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

COMPENSATE VALUE OF GOLD, VALUE, INTEREST COMPENSATORY DAMAGES, PUNITIVE DAMAGES OF 1 MILLION, TREBLE, DAMAGES, PERMANENT INJUNCTION, LEGAL FEES ALSO. NO MORE BUSINESS WITH ME!

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

1 MILLION DOLLARS, IT CAUSED ME UNDUE HARDSHIP, DISTRESS BASED ON THEIR TACTICS OF GETTING ME TO PAY HIGH INTEREST FEES, ONLY FOR ME TO NOT GET PROPERTY BACK. THEY OBTAINED IT FROM BAIL BONDSMAN, AND OTHER FALSE PRETENSES. DECEPTION, CONVERSION, AND UNJUST ENRICHMENT, THEY TOOK ADVANTAGE OF MY CIRCUMSTANCES, THEY KNEW OF MY SUFFERING. IT WAS COLLECTING BY EXTORTIONATE MEANS, THERE ARE ISSUES OF MONEY LAUNDERING, AS ANNA, TOLD ME SHE WILL BUY OTHER PROPERTY WITH THE SALE OF MY JEWELRY. SHE WAS MANAGER

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I don't know who to report it to, but, if I can I will. I will report deceptive trade pract. and everything I can.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Christopher Fountain*
Signature of Plaintiff

CHRISTOPHER FOUNTAIN
Name (Print or Type)

566 S OLIVER
Address

WICHITA, KS 67218

5

WICHITA KS 67218
City    State    Zip Code

316-294-8938
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☐ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)

location for the trial in this matter.

*Chris Fountain*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

*Christopher Fountain*
Signature of Plaintiff

Dated: 02/12/26
(Rev. 10/15)