PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
403 U.S. COURTHOUSE
401 NORTH MARKET
WICHITA, KANSAS 67202-2000

OFFICIAL BUSINESS

1809
NOT
3.2

5/BC
2.28

9589 0710 5270 0972 3680 68



quadient

FIRST-CLASS MAIL
IMI
$01 **FILED**
U.S. District Court
02/ District of Kansas
043M31223332

**MAR 2 3 2026**

US POSTAGE

Clerk, U.S. District Court
By _____ Deputy Clerk

2/28
315
3|15

Christopher Fountain
566D South Oliver
Wichita, KS 67218

NIXIE      672   DE 1      06

**RETURN TO SENDER**
UNCLAIMED
UNABLE TO FORWARD

Docs. Sand &

UNC   BC: 67202208999      *1860-00028
67202>2089

6:26-CV-1037-JWB-BGS