# United States District Court

**-------------------------- DISTRICT OF KANSAS----------------------------**

**CHRISTOPHER FOUNTAIN,**

**Plaintiff,**

**v.** **Case No: 26-cv-1037-JWB**

**A-OKAY ENTERPRISES, LLC,**
**BRUCE HARRIS,**

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed May 11, 2026, Plaintiff's complaint is DISMISSED for failure to state a claim.

May 11, 2026
Date

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: s/ Joyce Roach
Deputy Clerk