IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

CHRISTOPHER FOUNTAIN
Plaintiff

CASE NO.
2:26-CV-01037JWB

VS

A-OKAY ENTERPRISES,
BRUCE HARRIS.
Defendant.

# NOTICE OF APPEAL

Plaintiff Christopher Fountain hereby gives notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on May 11th, 2026, dismissing plaintiff's claims against A-Okay Enterprises.

Respectfully Submitted,
Christopher Fountain
Dated- May 14th, 2026

CamScanner

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

CHRISTOPHER FOUNTAIN
plaintiff

Case NO.
2:26-CV-01037-JWB

VS.

AOKAY ENTERPRISES
Defendant

MOTION TO RECUSE MAGISTRATE JUDGE BROOKS G. SEVERSON

Plaintiff, Christopher Fountain, Pro SE, respectfully moves this Court to recuse Magistrate Judge Brooks G. Severson pursuant to 28 U.S.C. § 455.

Plaintiff believes Judge Severson cannot be impartial in this case. Her repeated dismissal of plaintiffs claims for, "failure to state a claim" without granting Plaintiff an opportunity to amend his complaint, demonstrates bias against him.

CamScanner

For these reasons, Plaintiff requests that this matter be reassigned to a different judge.

Respectfully Submitted,
Christopher Fountain
Dated - May 14TH, 2026

CS CamScanner