**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**July 22, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

CHRISTOPHER FOUNTAIN,

    Plaintiff - Appellant,

v.

A-OKAY ENTERPRISES, LLC; BRUCE
HARRIS,

    Defendants - Appellees.

No. 26-3098
(D.C. No. 6:26-CV-01037-JWB-BGS)
(D. Kan.)

_____

### ORDER

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule

42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk